# THE STATE OF TEXAS
# MANDATE

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/3/2015 9:43:54 AM
PAM ESTES
Clerk

**TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 8th day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**JOSHUA DANIEL ARDRY, Appellant**

**NO. 12-14-00143-CR; Trial Court No. 114-0955-11**

Opinion by Brian Hoyle, Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein; and the same being considered, it is the opinion of this Court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that the decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 2nd day of November, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

November 2, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:            12-14-00143-CR
        Trial Court Case Number:   114-0955-11

**Style:**  Joshua Daniel Ardry
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Mr. James W. Huggler Jr. (DELIVERED VIA E-MAIL)
C Mr. Michael J. West (DELIVERED VIA E-MAIL)
:

Mandate executed on __3__ day of __November__, 2015.

Brief explanation of action taken: __Scanned__

__a file_____District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us